unanimously affirmed without costs. Memorandum: Contrary to defendant's contention, Supreme Court's award of custody of the parties' child to plaintiff is supported by a sound and substantial basis in the record and is not contrary to the weight of the evidence (*see, Eschbach v Eschbach*, 56 NY2d 167, 171-174; *Matter of Paul C. v Tracy C.*, 209 AD2d 955, 956; *cf., Matter of Meyers v Halladay*, 242 AD2d 887; *Fox v Fox*, 177 AD2d 209, 211-212). (Appeal from Amended Judgment of Supreme Court, Erie County, Flaherty, J.—Custody.) Present—Lawton, J. P., Hayes, Wisner, Hurlbutt and Scudder, JJ.

■ COREY L. KERNER, Respondent, v ROBERT KERNER, Appellant. (Appeal No. 3.) [691 NYS2d 813] —Appeal unanimously dismissed without costs (*see, Hutchings v Hutchings*, 155 AD2d 973). (Appeal from Order of Supreme Court, Erie County, Flaherty, J.—Reconsideration.) Present—Lawton, J. P., Hayes, Wisner, Hurlbutt and Scudder, JJ.

■ COREY L. KERNER, Respondent, v ROBERT KERNER, Appellant. (Appeal No. 5.) [691 NYS2d 847] —Order unanimously affirmed without costs. Memorandum: We exercise our discretion to treat the appeal, taken from the decision, as taken from the order (*see,* CPLR 5520 [c]; *Progressive Ins. Co. v Rudd Spray Serv.*, 236 AD2d 874). Supreme Court properly denied defendant's motion for postjudgment relief. Insofar as the motion may be viewed as one pursuant to CPLR 4404 (b), we conclude that it was untimely (*see,* CPLR 4405; *Casey v Slattery*, 213 AD2d 890, 891; *Bertan v Richmond Mem. Hosp. & Health Ctr.*, 131 AD2d 799, 800-801). Insofar as the motion may be viewed as one to vacate the judgment pursuant to CPLR 5015 (a) (2), we conclude that it was improperly predicated upon evidence available at trial and upon posttrial events. "Only evidence which was in existence but undiscoverable with due diligence at the time of judgment may be characterized as newly discovered evidence" (*Matter of Commercial Structures v City of Syracuse*, 97 AD2d 965, 966). (Appeal from Order of Supreme Court, Erie County, Flaherty, J.—Vacate Judgment.) Present—Lawton, J. P., Hayes, Wisner, Hurlbutt and Scudder, JJ.

■ AMHERST MAGNETIC IMAGING ASSOCIATES, P. C., Respondent, v COMMUNITY BLUE, THE HMO OF BLUE CROSS OF WESTERN NEW YORK, INC., et al., Appellants. [692 NYS2d 627] —Order unanimously reversed on the law without costs and motion denied. Memorandum: In the absence of special, unusual or extraordinary circumstances, Supreme Court lacked discretion to order defendants to comply with plaintiff's demand for expert disclosure, served after the note of issue was filed